RECEIVED
DEC 28 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

Karolina Sorensson )
_____)
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

County of Carteret/Rape Crisis Center )
_____)
_____)
_____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:16-CV-298-BO
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 615 Flybridge Lane, Beaufort, NC 28516

2. Defendant(s) name(s): County of Carteret, Rape Crisis Center, Chris Turner
Linda Murrell, Nancy Tomko, Gwen Roberts, Amanda Tesch

1

Location of principal office(s) of the named defendant(s):

302 Courthouse Square, Beaufort, NC 28516/ 3722 Bridges St Morehead City NC 28557

Nature of defendant(s) business: County Human Resources Matters

County Businesses/Rape Crisis Counseling Victim Advocacy

Approximate number of individuals employed by defendant:

100 plus

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) \_\_X\_\_\_ Termination of my employment.

(C) \_\_X\_\_\_ Failure to promote me.

(D) \_\_X\_\_\_ Other acts as specified below:

Discrimination, Harassment, Abuse of Authority, Persue of 'you will not work in this town anymore' effect against my person, defamation The harassment, discrimination, and defamation by Carteret County employees have come to the extent, of getting me fired from my new job as a cashier, with Family Dollar in 2016. Ms. Linda Murrell, came to my job, in 2016 and stated that she would get me fired.

While I worked with Ms. Murrell in March of 2015, she would state 'Your people (meaning Hispanics) kill little Black children in your State, Florida'. Even in 2016 Carteret Co. employees harass and discriminate. The day of my termination, in March of 2015, Mr. Chris Turner, followed me in the hall...

That day 03/24/2015 Mr. Turner stated to never contact Carteret County, or county employees, intimidating me, and hindering my opportunities, to ever get re-employed, for said county. Mr Turner was screaming and following me very closely. I do NOT believe Mr. Turner, and Carteret Co. treat people of other races other than Hispanics worse, i.e. employees of other races other than Hispanic, do NOT get paid less than agreed in their employment contracts, as in my case. I was fired from Carteret Co., in retaliation, among other issues, such as better treatment, and favor of employees of other races other than Hispanic, this happened in 2015, a few days after I called, and complained to the Carteret County's Human Resources Department. Apparently Carteret County encourages discriminatory behavior by the county employees, because of the way that I was treated by other employees there.

5. Plaintiff is:

  (A) _____ presently employed by the defendant.

  (B) __X__ not presently employed by the defendant.

  The dates of employment were  02/2015 to 03/2015  .

  Employment was terminated because:

  (1) __X__ plaintiff was discharged.

  (2) _____ plaintiff was laid off.

  (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

  (A) __X__ my race.

  (B) _____ my religion.

  (C) _____ my sex.

  (D) __X__ my national origin.

  (E) __X__ other as specified below:

  The defendats conducts are also of the harassing nature, for example, Ms. Murrell came to my new place of worke and stated she would get me fired from my new job, and I was fired from that new job with Family Dollar in August of 2016, I had contacted the EEOC in April 2016 about this.

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Chris Turner, Caucasian, Male, Gwen Roberts, African American, Female,

Amanda Tesch, Caucasian, Female, Nancy Tomko, Caucasian, Female,

Linda Murrell, African American, Female

3

8. The alleged discrimination occurred on or about _____

Jan. 2015, February 2015. March 2015, June 2015, most recently April 2016, June 2016, August 2016
November 9th 2016, in this latter date I was in court for something unrelated, apparently Mr. Turner wanted to intimidate
me there

9. The nature of my complaint, i.e., the manner in which the

individuals(s) named above discriminated against me in terms of

the conditions of my employment is as follows:

Other employees, for example, who are NOT of Hispanic origin, do NOT get paid less than agreed in the

contract. Employess of other races get treated better.
Also, Ms. Linda Murrell, a Carteret County employee, and ex-coworker of mine at the

Rape Crisis Center has determined to leave me without food on my table, and a roof over my shoulders
to the point of coming to harass me, and defame me, at my new place of employment in 2016.

The behavior of some of Carteret County employees is also discriminatory, because, for example

Ms. Tomko, assured me that she was going to add my beneficiaries in my insurance documents.
I believe said county employee was acting with prejudice, because my beneficiaries live in my country of origin.
Additionally, Carteret County employees, did NOT give me the exact address of my place of
employment, when I signed my new hire documents, these HR employees were Ms. Tomko and Ms. Tesch.

Also, I was fired and coerced in retaliation for having called Human Resources, about the harassment

and discrimination by some Carteret County employees. Carteret County allows its employees

to continue their discrimination and harassment even in 2016, emphasizing the effect of

'You will not work in this town anymore' to the point of getting me fired from my new job in 2016

10. The alleged illegal activity took place at: _____

3722 Bridges St. Morehead City NC, 302 Courthouse Square, Beaufort, NC 28516, 1706 Arendell St MHC NC

11. I filed charges with the Equal Employment Opportunity

Commission regarding defendant(s) alleged discriminatory conduct

on or about __08/27/2015__. I have attached a copy of

the Notice of Right to Sue letter issued by the Equal Employment

Opportunity Commission. This letter was received by me on __10/06/16__.

4

12. I seek the following relief:

(A) **X** recovery of back pay; $420,000 projection of salary compensation plus inflation till retirement or maximun compensation allowed

(B) **X** reinstatement to my former job;

(C) **X** trial by jury on all issues so triable; $ 4.5 Million Dollars

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

12-28-2016
Date

Signature of Plaintiff

615 Flybridge Lane, Beaufort, NC 28516

Tel. 910-358-6682

Address and Phone Number of Plaintiff

5

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Karolina Sorensson<br>615 Flybridge Lane<br>Beaufort, NC 28516 | From: | Raleigh Area Office<br>434 Fayetteville Street, Suite 700<br>Raleigh, NC 27601 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 433-2015-02926 | Elijah Matthews, Investigator | (919) 856-4744 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

For Thomas M. Colclough,
Deputy Director

9/29/16
*(Date Mailed)*

cc: Christopher Turner
HR Director
CARTERET COUNTY HR
302 Courthouse Square
Beaufort, NC 28516

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*