IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-298-BO

| | |
|---|---|
| KAROLINA SORENSSON, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>COUNTY OF CARTERET/RAPE CRISIS )<br>CENTER, *et al.*, )<br>    Defendants. ) | ORDER |

This cause comes before the Court on a letter filed by plaintiff construed by the clerk as a motion for entry of default. *See* Fed. R. Civ. P. 55(a). In the letter, plaintiff asserts that Carteret County has refused to answer/acknowledge her complaint. The Court's docket reflects that service was effected on defendants Rape Crisis Center, Gwen Roberts, and Linda Murrell on July 11, 2017. On July 31, 2017, all defendants filed an answer to plaintiff's complaint.

As defendants have appeared in this action and timely filed an answer to the complaint, entry of default is not warranted. *See* Fed. R. Civ. P. 12(a); 55(a). Plaintiff's motion for entry of default [DE 17] is DENIED.

SO ORDERED, this 13 day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE