UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KAROLINA SORENSSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF CARTERET, RAPE CRISIS ) <br> CENTER, CHRIS TURNER, LINDA MURRELL, ) <br> NANCY TOMKO, GWEN ROBERTS and ) <br> AMANDA TESCH, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br> 4:16-CV-298-BO |

**Decision by Court.**
This cause comes before the Court on cross-motions for summary judgment, as well as plaintiff's motion for default judgment, motion seeking restraining order/protective order, motion to request modification or exemption from requirements, motion for extension of time, and motion to file opposition.

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion for summary judgment [DE 49] is GRANTED. Plaintiff's motion for extension of time [DE 60] is GRANTED and motion to file opposition [DE 59] is DENIED AS MOOT. Plaintiff's motions for default judgment [DE 46], seeking restraining order [DE 47], to request modification or exemption [DE 53], and for summary judgment [DE 55] are DENIED.

This case is closed.


**This judgment filed and entered on December 21, 2018, and served on:**
Karolina Sorensson (via US Mail to 615 Flybridge Lane, Beaufort, NC 28516)
Mary Craven Adams (via CM/ECF Electronic Notice)
H. Stephen Robinson (via CM/ECF Electronic Notice)


                                            JULIE RICHARDS JOHNSTON, CLERK
December 21, 2018
                                             /s/ Lindsay Stouch

By: Deputy Clerk